

# Fourth Court of Appeals
## San Antonio, Texas

June 16, 2015

No. 04-15-00223-CR

Carlos **FAZ**,
Appellant

v.

The **State** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR10674
The Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

On May 13, 2015, appellant's retained appellate attorney George Scharmen filed a motion to withdraw stating Robert F. Gebbia had been retained; however, a notice of appearance filed by Mr. Gebbia in the trial court stated he had not been retained for purposes of appeal. On June 2, 2015, this court ordered Mr. Gebbia to file a response to the motion to withdraw. On June 11, 2015, Mr. Gebbia filed a response stating he had been retained to represent appellant on appeal. The motion to withdraw is GRANTED, and the clerk of this court is directed to update this court's records to reflect Mr. Gebbia as appellant's retained attorney for purposes of this appeal.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court